To Court of Criminal Appeals     8/4/15

From

Tr.ct.no.114-1281-12        David Ford #1888141
Appeal No.12-13-00308-CR    Boach Unit
                                      15845 FM 164
                                      Childress, TX 79201

Letter

I am writing concerning my P.D.R. I would like to know is it under review, Denied or what? I would just like to check the status of it to see if it is being considered or not so I will know if I should file my 11.07. I will wait for your response before I File any more papers. Please respond as soon as possible.

                                   Thank you.

                                   Sincerely.

                                 David Ford #1888141
                                   Boach Unit
                                   15845 FM 164
                                   Childress, TX 79201

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 11 2015

Abel Acosta, Clerk